## (February 16, 1966)

In the Matter of POLL ENTERPRISES, INC., et al., Respondents, v. DOROTHY SMITH, as Village Clerk of the Village of Nissequogue, et al., Appellants.— Motion by appellants to stay judgment entered February 7, 1966 pending appeal therefrom denied as unnecessary (CPLR 5519, subd. [a], par. 1). The stay under the cited statute is modified by this court, in the exercise of its discretion, by making it subject to the condition that the present zoning regulations with respect to the property involved remain unchanged (CPLR 5519, subd. [c]). Ughetta, Acting P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.